IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REYNA ANGELINA ORTIZ<br>(legal name RAYMOND ORTIZ), *et al.* | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 19 CV 2923 |
| v. | )<br>) | Judge Charles P. Kocoras |
| | ) | Magistrate Judge Susan E. Cox |
| KIMBERLY M. FOXX, not personally but<br>solely in her capacity as Cook County State's<br>Attorney, *et al.*, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**STATE'S ATTORNEY'S MOTION TO DISMISS COMPLAINT**

Defendant Kimberly M. Foxx ("the State's Attorney"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint") for the reasons that Plaintiffs' Complaint fails to establish standing under Article III and fails to state a claim upon which relief can be granted. The State's Attorney incorporates her Memorandum in Support of her Motion to Dismiss herein.

WHEREFORE, the State's Attorney respectfully requests that the Court dismiss Plaintiffs' complaint against her, and for all other just and proper relief.

Dated: July 15, 2019

KIMBERLY M. FOXX
Cook County State's Attorney

Respectfully submitted,

/s/ Jeremy P. Bergstrom
Assistant State's Attorney
Cook County State's Attorney's Office
Civil Actions Bureau
Advice, Business and Complex Litigation Division
Municipal Litigation Section
50 West Washington Street, Room 500
Chicago, Illinois 60602-1356
Tel: 312-603-5440
Email: jeremy.bergstrom@cookcountyil.gov
*Counsel for Defendant Kimberly M. Foxx*