IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REYNA ANGELINA ORTIZ (legal name Raymond Ortiz), KEISHA ALLEN (legal name Wayne Allen), AMARI GARZA (legal name Armando Garza), HEAVEN EDWARDS (legal name Patrick Edwards), EISHA LATRICE LOVE (legal name Darveris Lamar Love), SHAMIKA LOPEZ CLAY (legal name Marcus Clay), SAVANNAH JOSEPHINE FRAZIER (legal name Tony Willis) and KAMORA LOVELACE (legal name Latuan Walker),<br><br>                        Plaintiffs,<br><br>    v.<br><br>KIMBERLY M. FOXX, not personally but solely in her capacity as Cook County State's Attorney, TIMOTHY C. EVANS, not personally but solely in his capacity as the Chief Judge of the Circuit Court of Cook County, and SHARON M. SULLIVAN, not personally but solely in her capacity as the Presiding Judge of the County Division of the Circuit Court of Cook County,<br><br>                        Defendants. | **Case No. 19-cv-02923**<br><br>**The Honorable John F. Kness**<br><br>**Magistrate Judge Susan E. Cox** |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, the undersigned attorney Lark Mulligan moves for leave of Court to withdraw as counsel for Plaintiffs, and in support of the motion, states as follows:

    1.    Lark Mulligan filed an appearance for Plaintiffs in this matter on May 1, 2019. Lark Mulligan's relationship with Transformative Justice Law Project of Illinois has terminated and Lark Mulligan wishes to withdraw from this matter.

2. Molly Kafka of Transformative Justice Law Project of Illinois has filed an appearance and will substitute in as an attorney for the Plaintiffs in place of Lark Mulligan. In addition, Plaintiffs will continue to be represented by their current attorneys at the law firm of Greenberg Traurig, LLP.

3. Defendants' counsel do not oppose this motion.

WHEREFORE, Lark Mulligan respectfully moves this Court to enter an order granting this motion and granting Lark Mulligan leave to withdraw as counsel for the Plaintiffs.

Dated: March 29, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Lark Mulligan*
　　　　　　　　　　　　　　　　　　　　　Lark Mulligan (ARDC # 6327361)
　　　　　　　　　　　　　　　　　　　　　Transformative Justice Law Project of Illinois
　　　　　　　　　　　　　　　　　　　　　203 N Lasalle, Suite 2100
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 558-1472
　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 558-1470
　　　　　　　　　　　　　　　　　　　　　lark@tjlp.org

　　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021 a true and correct copy of the foregoing was filed electronically with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Filing System ("CM/ECF"), which will send notification of such filing to all counsel of record.

/s/ Lark Mulligan
Lark Mulligan