# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Angelina Angelina Ortiz, et al.
                                Plaintiff,

v.                                          Case No.: 1:19−cv−02923
                                            Honorable John F. Kness

Kimberly M. Foxx, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2021:

MINUTE entry before the Honorable John F. Kness: In−person oral argument on the pending motions to dismiss [22] [25] [53] held on 12/6/2021. This matter is taken under advisement; ruling by mail. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.