IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REYNA ANGELINA ORTIZ (legal name RAYMOND ORTIZ), KEISHA ALLEN (legal name WAYNE ALLEN), AMARI GARZA (legal name ARMANDO GARZA), HEAVEN EDWARDS (legal name PATRICK EDWARDS), EISHA LATRICE LOVE (legal name DARVERIS LAMAR LOVE), SHAMIKA LOPEZ CLAY (legal name MARCUS CLAY), SAVANNAH JOSEPHINE FRAZIER (legal name TONY WILLIS) and KAMORA LOVELACE (legal name LATUAN WALKER), <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY M. FOXX, in her official capacity as Cook County State's Attorney; TIMOTHY C. EVANS, in his official capacity as the Chief Judge of the Circuit Court of Cook County; and SHARON M. SULLIVAN, in her official capacity as the Presiding Judge of the County Division of the Circuit Court of Cook County, <br><br> Defendants. | No. 19-cv-02923 <br><br> Judge John F. Kness |

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendants KIMBERLY M. FOXX, TIMOTHY C. EVANS, and SHARON M. SULLIVAN,

and against plaintiffs REYNA ANGELINA ORTIZ (legal name RAYMOND ORTIZ), KEISHA ALLEN (legal name WAYNE ALLEN), AMARI GARZA (legal name ARMANDO GARZA), HEAVEN EDWARDS (legal name PATRICK EDWARDS), EISHA LATRICE LOVE (legal name DARVERIS LAMAR LOVE), SHAMIKA LOPEZ CLAY (legal name MARCUS CLAY),

SAVANNAH JOSEPHINE FRAZIER (legal name TONY WILLIS) and KAMORA LOVELACE (legal name LATUAN WALKER), without prejudice.

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on defendants' motions to dismiss (Dkt. 22, 25).

SO ORDERED in No. 19-cv-02923.

Date: March 31, 2022

_____
JOHN F. KNESS
United States District Judge