### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **REYNA ANGELINA ORTIZ**, *et al.*, | |
| Plaintiffs, | Case No. 19-CV-02923 |
| v. | The Honorable John F. Kness |
| **KIMBERLY M. FOXX**, *et al.*, | Magistrate Judge Susan E. Cox |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiffs Reyna Angelina Ortiz (legal name Raymond Ortiz), Keisha Allen (legal name Wayne Allen), Heaven Edwards (legal name Patrick Edwards), Eisha Latrice Love (legal name Darveris Lamar Love), Shamika Lopez Clay (legal name Marcus Clay), Savannah Josephine Frazier (legal name Tony Willis), and Kamora Lovelace (legal name Latuan Walker) (collectively "Plaintiffs"), by their undersigned counsel, and pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following orders entered in this action: the Memorandum Opinion and Order (Dkt. No. 63) and Judgment (Dkt. No. 64) entered March 31, 2022, granting the motion to dismiss filed by Defendants Cook County State's Attorney Kimberly M. Foxx, Chief Judge of the Circuit Court of Cook County Timothy C. Evans, and Presiding Judge of the County Division of the Circuit Court of Cook County Sanjay T. Tailor, together with all prior interlocutory orders and rulings that produced the foregoing Memorandum Opinion and Order and Judgment.

Dated: April 28, 2022

Respectfully submitted,

/s/ *Brian D. Straw*
    Brian D. Straw

Gregory E. Ostfeld
Martin S. Kedziora
Brian D. Straw
Alexandra J. Block
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400 (Telephone)
(312) 456-8435 (Facsimile)
ostfeldg@gtlaw.com
kedzioram@gtlaw.com
strawb@gtlaw.com
blocka@gtlaw.com

Mol Parker-Kafka
Transformative Justice Law Project of Illinois
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 636-6352 (Telephone)
molly@tjlp.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Brian D. Straw, an attorney, hereby certify that on April 28, 2022, copies of the **NOTICE OF APPEAL** were served via the ECF system upon the following counsel of record:

Sarah Hughes Newman
Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
sarah.newman@ilag.gov

Hellin Jang
Cook County States Attorneys Office
50 W. Washington Street, Suite 500
Chicago, IL 60602
hellin.jang@cookcountyil.gov

Jeremy Patrick Bergstrom
Cook County State's Attorney's Office
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602-1356
jeremy.bergstrom@cookcountyil.gov

/s/ *Brian D. Straw*